IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| B & W CORP | ) | CASE NO. 04-42573 |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES Brenda Porter Helms, Trustee herein, and respectfully submits to the Court and to the United States Trustee her Final Report in accordance with 11 U.S.C. Section 704(9).

1. The Petition commencing this case was filed on 16th day of November, 2004. Brenda Porter Helms was appointed Trustee on the same date. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee: there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for abandonment, is described in Exhibit B.

4. A summary of the Trustee's final account as of June 18, 2008 is as follows:
   a.   RECEIPTS (See Exhibit C)                                    $ 1,121,960.87
   b.   DISBURSEMENTS (See Exhibit C)                               $ 782,294.01

| | | | |
|---|---|---|---|
| c. | | NET CASH available for distribution | $339,666.86 |
| d. | | ADMINISTRATIVE EXPENSES: | |
| | 1. | Trustee compensation requested (See Exhibit E) | $35,000.00 |
| | 2. | Trustee Expenses (See Exhibit E) | $147.05 |
| | 3. | Compensation & reimbursement of expenses requested by attorney or other professionals for trustee (See Exhibit F) | $5,579.50 |

5. The Bar Date for filing unsecured claims expired on April 21, 2005.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $40,726.55 |
| c. | Allowed Chapter 11 administrative Claims | $0.00 |
| d. | Allowed priority claims | $9,875.00 |
| e. | Allowed unsecured claims | $3,942,048.42 |
| f. | Other | $83,513.11 |

7. Trustee proposes that unsecured creditors receive a distribution of 7.18% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $39,516.69. Trustee's attorneys', accountants', or other professionals' compensation requested but not yet allowed is $5,421.90. The total of Chapter 7 professional fees and expenses requested for final allowance is $5,579.50. (See Exhibit G).

9. A fee of $4,000.00 was paid to Debtor's attorney for services rendered in connection with this case, and no basis appears to request an examination of said fee pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing under 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: __6/19/08__

/s/ Brenda Porter Helms
Trustee
3400 W. Lawrence Avenue
Chicago, IL 60625

## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition | Amount Abandoned
--- | ---

See attached Individual Estate Property Record

Property abandoned or to be abandoned:
Nicor security deposit – service provided by Nicor during
    Post petition sale of property – amount abandonded      $1,540.00
Account receivable from Teamsters Local 791 – disputed      $7,000.00
2000 Audi – lien exceeds value of      $12,500.00
2000 Ford Expedition – lien exceeds value of      $9,500.00
Computers – no value      $150.00

**TOTAL VALUED ABANDONED:**      $30,690.00

Unscheduled Property

    Post petition interest of $12,328.24

| | |
|---|---|
| TOTAL RECEIPTS | $1,121,960.87 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $30,690.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $0.00 |

## EXHIBIT B

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page 1

| Case No: | 04-42573 | SQU | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | B & W CORP | | | Date Filed (f) or Converted (c): | 11/16/04 (f) |
| | | | | 341(a) Meeting Date: | 01/04/05 |
| For Period Ending: 06/18/08 | | | | Claims Bar Date: | 04/21/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| 1. Lease of parking lot to Amglo Kemlite Labs (u) | Unknown | Unknown | | 3,750.00 | Unknown |
| 2. 110 GATEWAY, 210 GATEWAY, VACANT LOT/PARKING LOT | 1,300,000.00 | 0.00 | | 358,799.42 | FA |
| 3. CHECKING ACCOUNT | 1,671.50 | 1,671.50 | | 2,300.63 | 0.00 |
| 4. SECURITY DEPOSITS | 1,540.00 | 0.00 | DA | 0.00 | FA |
| 5. 2004 INSURANCE REFUND | 3,220.00 | 3,220.00 | | 3,582.00 | FA |
| 6. MONEY OWED BY TEAMSTERS LOCAL 791 | 7,000.00 | 7,000.00 | DA | 0.00 | FA |
| 7. 200 AUDI A6 | 12,500.00 | 0.00 | DA | 0.00 | FA |
| 8. 2000 FORD EXPEDITION | 9,500.00 | 0.00 | DA | 0.00 | FA |
| 9. COMPUTERS | 150.00 | 0.00 | DA | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12,328.24 | Unknown |
| TOTALS (Excluding Unknown Values) | $1,335,581.50 | $11,891.50 | | $380,760.29 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to compel turnover of bank account scheduled for hearing on 1/4/08. Trustee will prepare final report.

Initial Projected Date of Final Report (TFR): 12/30/08   Current Projected Date of Final Report (TFR): 12/30/08

/s/   BRENDA PORTER HELMS, TRUSTEE
_____ Date: 06/18/08
BRENDA PORTER HELMS, TRUSTEE

PFORM1

Ver 12.63

## ESTATE CASH RECEIPTS AND DISBURSEMENTS

See attached

EXHIBIT C

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-42573 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | B & W CORP | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7164 Money Market - Interest Bearing |
| Taxpayer ID No: | *******6079 | | | |
| For Period Ending: | 06/18/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/05 | 1 | Amglo Kemlite Laboratories Inc. 215 Gateway Road Bensenville IL 60106 | lease of parking lot | 1222-000 | 750.00 | | 750.00 |
| 01/24/05 | | Amglo Kemlite Laboratories | lease of parking lot This deposit is a duplicate and was subsequently reversed per transaction dated 5/6/06 | 1222-003 | 750.00 | | 1,500.00 |
| 01/26/05 | 1 | Brenda Helms, Trustee for Tower Electric | lease of parking lot | 1221-000 | 750.00 | | 2,250.00 |
| 01/31/05 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.03 | | 2,250.03 |
| 02/14/05 | 1 | Amglo Kemlite Laboratories 215 Gateway Bensenville IL 60106 | lease of parking lot | 1222-000 | 750.00 | | 3,000.03 |
| 02/28/05 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.35 | | 3,000.38 |
| 03/11/05 | 1 | Amglo Kemlite Laboratories 215 Gateway Rd Bensenville IL 60106 | lease of parking lot | 1222-000 | 750.00 | | 3,750.38 |
| 03/17/05 | 000101 | International Sureties Ltd Suite 1700 210 Baronne St New Orleans LA 70112 | Trustee bond | 2300-000 | | 2.82 | 3,747.56 |
| 03/24/05 | 000102 | LaSalle Bank 135 S. LaSalle Street Chicago IL 60603 | land trust fees | 2990-000 | | 290.00 | 3,457.56 |
| 03/31/05 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.56 | | 3,458.12 |
| 04/11/05 | 1 | Amglo Kemlite Laboratories 215 Gateway Road Bensenville IL 60106 | lease payment | 1222-000 | 750.00 | | 4,208.12 |
| 04/29/05 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.65 | | 4,208.77 |
| 05/09/05 | 2 | Chicago Title and Trust Company 1725 S. Naperville Road Wheaton IL 60187 | proceeds of sale of real estate | | 358,799.42 | | 363,008.19 |
| | | AMERICAN CHARTERED BANK | Memo Amount: ( 258,849.71 ) payoff first mortgage | 4110-000 | | | |
| | | WILBURN L. WOOD TRUST | Memo Amount: ( 285,716.50 ) payoff second mortgage | 4110-000 | | | |
| | | FEDERAL EXPRESS | Memo Amount: ( 30.00 ) express delivery | 2500-000 | | | |
| | | DUPAGE COUNTY COLLECTOR | Memo Amount: ( 121,345.40 ) real estate taxes | 4700-000 | | | |
| | | CHICAGO TITLE INSURANCE CO | Memo Amount: ( 1,455.00 ) title charges | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE CO | Memo Amount: ( 1,650.00 ) state and county transfer stamps | 2500-000 | | | |
| | | RECORDER OF DEEDS | Memo Amount: ( 54.00 ) release deed recording | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE | Memo Amount: ( 50.00 ) certificate of release recording fe | 2500-000 | | | |
| | | GREMLY & BEIDERMAN | Memo Amount: ( 3,300.00 ) | 2500-000 | | | |

PFORM24

Ver 12.63

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 04-42573 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | B & W CORP | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ********7164 Money Market - Interest Bearing |
| Taxpayer ID No: | ********6079 | | |
| For Period Ending: | 06/18/08 | Blanket Bond (per case limit): $ 5,000,000.00 | |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | LASALLE BANK | survey<br>Memo Amount: ( 375.00 )<br>land trust fees | 2500-000 | | | |
| | | VILLAGE OF BENSENVILLE | Memo Amount: ( 2,851.97 )<br>water bill | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE | Memo Amount: ( 398.00 )<br>1/2 escrow fee | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE | Memo Amount: ( 125.00 )<br>1/2 New York style closing fee | 2500-000 | | | |
| | | ELLIS, CB RICHARD | Memo Amount: ( 65,000.00 )<br>real estate commission | 3510-000 | | | |
| | | | Memo Amount: 1,100,000.00<br>proceeds of real estate sale | 1110-000 | | | |
| 05/31/05 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 46.99 | | 363,055.18 |
| 06/30/05 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 74.45 | | 363,129.63 |
| 07/29/05 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 76.94 | | 363,206.57 |
| 08/31/05 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 184.71 | | 363,391.28 |
| 09/30/05 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 178.84 | | 363,570.12 |
| 10/31/05 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 184.89 | | 363,755.01 |
| 11/30/05 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 179.02 | | 363,934.03 |
| 12/09/05 | 5 | Esser Hayes<br>1811 High Grove<br>P.O Box 2830<br>Naperville IL 60567 | insurance refund | 1129-000 | 3,582.00 | | 367,516.03 |
| 12/30/05 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 186.12 | | 367,702.15 |
| 01/31/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 187.00 | | 367,889.15 |
| 02/28/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 261.52 | | 368,150.67 |
| 03/15/06 | 000103 | International Sureties, Ltd.<br>203 Cardondelet St.<br>New Orleans LA 70130 | bond premium | 2300-000 | | 265.93 | 367,884.74 |
| 03/31/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 311.97 | | 368,196.71 |
| 04/28/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 302.01 | | 368,498.72 |
| 05/06/06 | | Amglo Kemlite Laboratories | VOID | 1222-003 | -750.00 | | 367,748.72 |
| 05/31/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 312.34 | | 368,061.06 |
| 06/28/06 | | Transfer to Acct #********1927 | Bank Funds Transfer | 9999-000 | | 300,000.00 | 68,061.06 |
| 06/29/06 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 274.13 | | 68,335.19 |
| 06/29/06 | | Transfer to Acct #********1927 | Final Posting Transfer | 9999-000 | | 68,335.19 | 0.00 |

PFORM24

Ver 12.03

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 3

| Case No: | 04-42573 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | B & W CORP | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1927 Money Market - Interest Bearing |
| Taxpayer ID No: | *******6079 | | | |
| For Period Ending | 06/18/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/28/06 | | Transfer from Acct #*******7164 | Bank Funds Transfer | 9999-000 | 300,000.00 | | 300,000.00 |
| 06/29/06 | | Transfer from Acct #*******7164 | Transfer In From MMA Account | 9999-000 | 68,335.19 | | 368,335.19 |
| 06/30/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 38.49 | | 368,373.68 |
| 07/31/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 469.30 | | 368,842.98 |
| 08/24/06 | 000101 | Alan D. Lasko & Associates, P.C. | accountants fees | 3410-000 | | 7,977.20 | 360,865.78 |
| 08/24/06 | 000102 | Alan D. Lasko & Associates, P.C. | accountant expenses | 3420-000 | | 29.84 | 360,835.94 |
| 08/24/06 | 000103 | Alan D. Lasko & Associates, P.C. | accountants fees | 3410-000 | | 5,137.49 | 355,698.45 |
| 08/24/06 | 000104 | Alan D. Lasko & Associates, P.C. | accountant's expenses | 3420-000 | | 135.65 | 355,562.80 |
| 08/31/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 469.35 | | 356,032.15 |
| 09/29/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 448.70 | | 356,480.85 |
| 10/31/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 529.84 | | 357,010.69 |
| 11/30/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 513.51 | | 357,524.20 |
| 12/29/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 531.39 | | 358,055.59 |
| 01/19/07 | 000105 | Springer Brown Covey Gaertner & Davis | ATTORNEY FEES | 3210-000 | | 26,402.00 | 331,653.59 |
| 01/19/07 | 000106 | Springer Brown Covey Gaertner & Davis | attorneys expenses | 3220-000 | | 116.70 | 331,536.89 |
| 01/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 528.37 | | 332,065.26 |
| 02/27/07 | 000107 | International Sureties, Ltd | bond premium | 2300-000 | | 357.27 | 331,707.99 |
| 02/28/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 445.79 | | 332,153.78 |
| 03/30/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 493.76 | | 332,647.54 |
| 04/30/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 478.47 | | 333,126.01 |
| 05/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 495.13 | | 333,621.14 |
| 06/29/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 479.86 | | 334,101.00 |
| 07/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 496.58 | | 334,597.58 |
| 08/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 497.31 | | 335,094.89 |
| 09/28/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 481.98 | | 335,576.87 |
| 10/31/07 | 10 | BANK OF AMERICA, N.A | Interest Rate 1.450 | 1270-000 | 438.09 | | 336,014.96 |
| 11/30/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.450 | 1270-000 | 400.46 | | 336,415.42 |
| 12/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.450 | 1270-000 | 414.30 | | 336,829.72 |
| 01/15/08 | 3 | American Chartered Bank 1199 E. Higgins Rd Schaumburg IL 60173 | close checking account | 1129-000 | 2,300.63 | | 339,130.35 |
| 01/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 333.19 | | 339,463.54 |
| 02/14/08 | 000108 | International Sureties Ltd 701 Polydras St New Orleans LA 70139 | trustee bond | 2300-000 | | 378.53 | 339,085.01 |
| 02/29/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 174.77 | | 339,259.78 |
| 03/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 167.31 | | 339,427.09 |
| 04/30/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 139.11 | | 339,566.20 |
| 05/30/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.350 | 1270-000 | 100.66 | | 339,666.86 |

Total Of All Accounts    339,666.86

PFORM24

Ver 12.63

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                       CHAPTER 7

B & W CORP                           CASE NO. 04-42573

            Debtor(s).                    HON. JOHN SQUIRES

### PROPOSED DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $40,726.55 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $9,875.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $289,065.31 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $339,666.86 |

**EXHIBIT D**

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $40,726.55 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---:|---:|
| | Brenda Porter Helms, Trustee  Trustee Compensation | $35,000.00 | $35,000.00 |
| | Brenda Porter Helms, Trustee  Trustee Expenses | $147.05 | $147.05 |
| | Alan D. Lasko & Associates, P.C.  Accountant for Trustee Fees | $1,454.40 | $1,454.40 |
| | Alan D. Lasko & Associates, P.C.  Accountant for Trustee Fees | $1,165.50 | $1,165.50 |
| | Alan D. Lasko & Associates, P.C.  Accountant for Trustee Fees | $2,802.00 | $2,802.00 |
| | Alan D. Lasko & Associates, P.C.  Accountant for Trustee Expenses | $19.20 | $19.20 |
| | Alan D. Lasko & Associates, P.C.  Accountant for Trustee Expenses | $23.45 | $23.45 |
| | Alan D. Lasko & Associates, P.C.  Accountant for Trustee Expenses | $114.95 | $114.95 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $4,925 | $ 9,875.00 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 19A | Wood Jr., Ronald Wages-- 507 | $4,950.00 | $4,950.00 |
|  | Net for claim 19A |  | $4,950.00 |
|  | Young, Charles Wages-- 507 | $4,925.00 | $4,925.00 |
|  | Net for claim |  | $4,925.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4.925 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2.225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims Excluding fines and penalties | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

Case 04-42573   Doc 125   Filed 07/25/08   Entered 07/25/08 13:21:06   Desc Main
                            Document      Page 14 of 16

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 3,942,048.42 | 7.33 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 13 | All Work Inc. General Unsecured 726 | $32,026.00 | $2,348.43 |
| 9 | Central States Southeast & Southwest Benefit Plans General Unsecured 726 | $825,000.00 | $60,496.18 |
| 12 | Africk Chez, General Unsecured 726 | $4,130.00 | $302.85 |
| 11 | Cincinnati Inc General Unsecured 726 | $290.00 | $21.27 |
| 5 | Dec Tool Corp General Unsecured 726 | $1,000.00 | $73.33 |
| 3 | Russell Gertsch, General Unsecured 726 | $8,933.23 | $655.06 |
| 17 | Harry F. Shea & Co General Unsecured 726 | $10,585.00 | $776.18 |
| 7 | Eckhart Kolak, General Unsecured 726 | $71,451.17 | $5,239.42 |
| 6 | George Maniscalco, General Unsecured 726 | $33,960.59 | $2,490.29 |
| 4 | Mcsteel Inc. General Unsecured 726 | $15,122.67 | $1,108.93 |

Note: "S10,585.00" in row 17 appears to read "$10,585.00".

| | | | |
|---|---|---|---|
| 14 | Praxair Distributing<br>General Unsecured 726 | $187.93 | $13.78 |
| 15 | Praxair Distributing Inc.<br>General Unsecured 726 | $1,140.00 | $83.59 |
| 16 | Praxair Distributing Inc.<br>General Unsecured 726 | $38.91 | $2.85* |
| 1 | Seyfarth Shaw LLP<br>General Unsecured 726 | $33,552.92 | $2,460.39 |
| 8 | The Royal Group<br>General Unsecured 726 | $4,630.00 | $339.51 |
| 19 | Ronald Wood Jr.,<br>General Unsecured 726 | $321,859.00 | $23,601.50 |
| 26 | Ronald Wood Sr.,<br>General Unsecured 726 | $2,578,141.00 | $189,051.75 |

* Total of all Praxair claims exceeds $5.00 and could have been filed as one claim so check will be issued directly to Praxair on this claim and not to Clerk of the Court.

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) Late unsecured claims | $ 83,513.11 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 30 | James Karagianis, Tardy General Unsecured 726 | $9,021.71 | $0.00 |
| 31 | VW Credit Inc.<br>Tardy General Unsecured 726 | $7,011.85 | $0.00 |
| | Young, Charles<br>Tardy General Unsecured 726 | $67,479.55 | $0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/ Penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 2 | Eckhart Kolak LLC, 55 W. Monroe St. #1926, Chicago IL 60603 | $71,451.17 | Withdrawn |
| Secured | 29 | Gertrude Wood and G.L. Wood Trust c/o David Shannon, 111 W. Washington St. #1900, Chicago IL 60602 | $277,000.00 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____          _____