IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) NO. 04-42573
B&W CORP. ) HON. JOHN H. SQUIRES
 ) BANKRUPTCY JUDGE

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    AT:  COURTROOM 4016
         DUPAGE COUNTY COURTHOUSE
         505 NORTH COUNTY FARM ROAD
         WHEATON, IL 60187

    ON:  **September 12, 2008**      AT:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

    RECEIPTS                                         $1,121,960.87

    DISBURSEMENTS                                    $782,294.01

    NET CASH AVAILABLE FOR DISTRIBUTION  $339,666.86

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $35,000.00 | $147.05 |
| Alan D. Lasko & Assoc. Accountant | $13,280.18 | $5,421.90 | $157.60 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. Charles Young and Ronald Wood Jr. filed wage claims in the amount of $4,950 for Ronald Wood, Jr. and $4,925 for Charles Young and those claims will be paid in full. No other priority claims were filed.

7. General unsecured creditors filed claims totaling $3,942,048.42 and will receive a distribution of 7.3% of the amount of their claims as follows:

| Creditor | Amount of Claim | Amount of Dividend |
|---|---|---|
| All Work Inc. | $32,026.00 | $2,348.43 |
| Central States Benefit Plans | $825,000.00 | $60,496.18 |
| Africk Chez | $4,130.00 | $302.85 |
| Cincinnati, Inc. | $290.00 | $21.27 |
| Dec Tool Corp | $1,000.00 | $73.33 |
| Russell Gertsch | $8,933.23 | $655.06 |
| Harry F. Shea & Co. | $10,585.00 | $776.18 |
| Eckhart Kolak | $71,451.17 | $5,239.42 |
| George Maniscalco | $33,960.59 | $2,490.29 |
| McSteel Inc. | $15,122.67 | $1,108.93 |
| Praxair Distributing | $1,336.84 | $100.22 |
| Seyfarth Shaw LLP | $33,552.92 | $2,460.39 |
| The Royal Group | $4,630.00 | $339.51 |
| Ronald Wood Jr. | $321,859.00 | $23,601.50 |
| Ronald Wood Sr. | $2,578,141.00 | $189,051.75 |

7. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

9. The debtor did not receive a discharge.

10. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Security Deposits | $1,540.00 |
| Money owed | $7,000.00 |
| Automobile | $12,500.00 |
| Automobile | $9,500.00 |
| Computers | $150.00 |

For the Court:

Dated: **August 6, 2008**          **KENNETH S. GARDNER**
                                   Kenneth S. Gardner, Clerk
                                   United States Bankruptcy Court

Trustee:  Brenda Porter Helms
          3400 W. Lawrence Avenue
          Chicago IL 60625
          (773) 463-6427
          (773) 267-9405 (fax)

## SERVICE LIST

**B & W CORP.**
**04 B 42573**

Brenda Porter Helms
The Helms Law Firm, P.C.
3400 West Lawrence Avenue
Chicago, IL  60625

Alan D. Lasko
Alan D. Lasko & Associates, P.C.
29 South LaSalle Street, Suite 1240
Chicago, IL  60603