IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                )   NO. 04-42573
B&W CORP.             )   HON. JOHN H. SQUIRES
                      )   BANKRUPTCY JUDGE

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    AT: COURTROOM 4016
        DUPAGE COUNTY COURTHOUSE
        505 NORTH COUNTY FARM ROAD
        WHEATON, IL 60187

    ON:  **September 12, 2008**        AT:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

    RECEIPTS                                        $1,121,960.87

    DISBURSEMENTS                                   $782,294.01

    NET CASH AVAILABLE FOR DISTRIBUTION   $339,666.86

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $35,000.00 | $147.05 |
| Alan D. Lasko & Assoc. Accountant | $13,280.18 | $5,421.90 | $157.60 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. Charles Young and Ronald Wood Jr. filed wage claims in the amount of $4,950 for Ronald Wood, Jr. and $4,925 for Charles Young and those claims will be paid in full. No other priority claims were filed.

7. General unsecured creditors filed claims totaling $3,942,048.42 and will receive a distribution of 7.3% of the amount of their claims as follows:

| Creditor | Amount of Claim | Amount of Dividend |
|---|---|---|
| All Work Inc. | $32,026.00 | $2,348.43 |
| Central States Benefit Plans | $825,000.00 | $60,496.18 |
| Africk Chez | $4,130.00 | $302.85 |
| Cincinnati, Inc. | $290.00 | $21.27 |
| Dec Tool Corp | $1,000.00 | $73.33 |
| Russell Gertsch | $8,933.23 | $655.06 |
| Harry F. Shea & Co. | $10,585.00 | $776.18 |
| Eckhart Kolak | $71,451.17 | $5,239.42 |
| George Maniscalco | $33,960.59 | $2,490.29 |
| McSteel Inc. | $15,122.67 | $1,108.93 |
| Praxair Distributing | $1,336.84 | $100.22 |
| Seyfarth Shaw LLP | $33,552.92 | $2,460.39 |
| The Royal Group | $4,630.00 | $339.51 |
| Ronald Wood Jr. | $321,859.00 | $23,601.50 |
| Ronald Wood Sr. | $2,578,141.00 | $189,051.75 |

7. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

9. The debtor did not receive a discharge.

10. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Security Deposits | $1,540.00 |
| Money owed | $7,000.00 |
| Automobile | $12,500.00 |
| Automobile | $9,500.00 |
| Computers | $150.00 |

For the Court:

Dated: **August 6, 2008**　　　　**KENNETH S. GARDNER**
　　　　　　　　　　　　　　　　Kenneth S. Gardner, Clerk
　　　　　　　　　　　　　　　　United States Bankruptcy Court

Trustee:  Brenda Porter Helms
　　　　　3400 W. Lawrence Avenue
　　　　　Chicago IL 60625
　　　　　(773) 463-6427
　　　　　(773) 267-9405 (fax)

## SERVICE LIST

**B & W CORP.**
**04 B 42573**

Brenda Porter Helms
The Helms Law Firm, P.C.
3400 West Lawrence Avenue
Chicago, IL  60625

Alan D. Lasko
Alan D. Lasko & Associates, P.C.
29 South LaSalle Street, Suite 1240
Chicago, IL  60603

```
District/off: 0752-1          User: amcc7              Page 1 of 2              Date Rcvd: Aug 06, 2008
Case: 04-42573                Form ID: pdf002          Total Served: 51


The following entities were served by first class mail on Aug 08, 2008.
db           +B&W Corp,   110 Gateway Road,   Bensenville, IL 60106-1951
aty          +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
aty          +Gina B Krol,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
tr           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,   3400 West Lawrence,
               Chicago, IL 60625-5104
8691024      +AMCO Industries, Inc,   625 District Drive,   Itasca, IL 60143-1364
8691021      +Africk Chez PC,   770 Lake Cook Road,   Deerfield, IL 60015-4920
8691022       All Work Inc,   P.O. Box 811490,   Chicago, IL 60681-1490
8691023      +Altas Lift Truck,   5050 North River Road,   Schiller Park, IL 60176-1021
8691025      +American Chartered Bank,   1199 East Higgins Road,   Schaumburg, IL 60173-4711
9040980      +American Chartered Bank,   c/o Steven R Rappin of Hauselman&Rappin,
               39 South LaSalle Street #1105,   Chicago IL 60603-1720
8691026      +Americi Coats,   3429 North Runge Street,   Franklin Park, IL 60131-1315
8691027      +Amerigas,   522 South Vermont Street,   Palatine, IL 60067-6948
8691028      +Ameripay,   1331 Greenleaf Avenue,   Elk Grove Village, IL 60007-5520
8869206       Brad R Berliner,   Central States Law Department,   9377 West Higgins Road,
               Rosemont, IL 60018-4938
8691030      +Central States Southeast & Southwest,   Areas Pension Fund,   9377 West Higgins,
               Des Plaines, IL 60018-4943
8691031       Charles S. Young,   935 North Fairway,   Palatine, IL 60067-3417
12387064     +Charles Young,   935 Fairway Dr,   Palatine IL 60067-3417
8691033       Cincinnati Inc,   PO Box 11111,   Cincinnati, OH 45211-0111
8691034       Clean Harbors,   P.O. Box 859048,   Braintree, MA 02185-9048
8691035       Dec Tool Corp,   2651 Dukane Drive,   Saint Charles, IL 60174-3341
8691036      +DuPage County Collector,   421 North County Farm Road,   Wheaton, IL 60187-3992
8691039      +Eckhart Kolak LLC,   55 West Monroe Suite 1925,   Chicago, IL 60603-5079
8691040      +G.L. Wood Trust,   c/o Gertrude Wood,   1001 Arbor Lake Drive,   Naples, FL 34110-7077
8691042       George J. Maniscalco,   P.O. Box 1685,   Barrington, IL 60011-1685
8691041      +George J. Maniscalco,   90 E Surrey Lane,   Barrington Hills, IL 60010-8800
8841590      +Gertrude Dolly Woods & GL Wood,   David R Shannon,   Tenney & Bentley LLC,
               111 West Washington St Ste 1900,   Chicago, IL 60602-2769
8691043      +Harry F. Shea & Co,   120 North LaSalle Street Suite 1140,   Chicago, IL 60602-2426
8691044       Hinckley Spring Water,   P.O. Box 1888,   Bedford Park, IL 60499-1888
8691045      +IBM Global,   3031 Rock Point Drive West,   Tampa, FL 33607-5878
11206373    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Dept of the Treasury, Internal Revenue Service,
               Centralized Insolvency Operations,   P.O. Box 21126,   Philadelphia, PA 19114)
8691046      +Illinois Rack Equipment,   480 Scotland Road Suite A,   Lakemoor, IL 60051-3001
8691047      +James Karagianis,   610 Dauphine Court,   Northbrook, IL 60062-2256
8691048      +Janice Wood,   4962 Essington Court,   Barrington, IL 60010-5525
8691049      +Lavelle Industries, Inc,   665 McHenry Street,   Burlington, WI 53105-2129
8691051       MPower Communications,   P.O. Box 80767,   Los Angeles, CA 90060-0767
8691050      +McSteel Inc,   3209 Old Higgins Road,   Elk Grove Village, IL 60007-6510
8691052      +Praxair Distribriuting Inc,   c/o RMS Bankruptcy Services,   PO Box 5126,
               Timonium, MD 21094-5126
9395146      +Raymond P Kolak,   Kirk D Langefeld,   Eckhart Kolak LLC,   55 West Monroe Street Suite 1925,
               Chicago, IL 60603-5079
8691053      +Roberta A Wood,   125 Knockderry,   Inverness, IL 60067-8011
8691054      +Ronald L. Wood, Jr.,   4962 Essington Court,   Barrington, IL 60010-5525
8691055      +Ronald L. Wood, Sr.,   125 Knockderry,   Inverness, IL 60067-8011
8691056      +Russell Gertsch,   864 East Avenue,   Park Ridge, IL 60068-2728
8691057      +Ryder Truck Rental,   P.O. Box 96726,   Chicago, IL 60693-0001
8838818      +Seyfarth Shaw LLP,   David Crowley,   55 East Monroe Street,   Suite 4200,
               Chicago, IL 60603-5810
8691058      +Sterling Commerce,   P.O. Box 73199,   Chicago, IL 60673-0001
8691059      +The Royal Group,   654 Factory Road,   Addison, IL 60101-4413
8691060      +Victor Envelope Co,   301 Arthur Court,   Bensenville, IL 60106-3381
8691061       World Omni Financial Corp,   P.O. Box 70832,   Charlotte, NC 28272-0832
8691062      +X Net Information Systems,   3080 Ogden Avenue Suite 303,   Lisle, IL 60532-1681

The following entities were served by electronic transmission on Aug 07, 2008.
8691029       E-mail/PDF: vci.bkcy@vwcredit.com Aug 07 2008 04:06:21     Audi Financial Services,
               P.O. Box 0549,   Carol Stream, IL 60132-0549
9274209      +E-mail/PDF: vci.bkcy@vwcredit.com Aug 07 2008 04:06:21     VW Credit Inc,
               1401 Franklin Boulevard,   Libertyville, IL 60048-4460
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8691032*      Charles S. Young,   935 North Fairway,   Palatine, IL 60067-3417
8691037*     +DuPage County Collector,   421 North County Farm Road,   Wheaton, IL 60187-3992
8691038*     +DuPage County Collector,   421 North County Farm Road,   Wheaton, IL 60187-3992
                                                                                        TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Aug 06, 2008
Case: 04-42573                Form ID: pdf002          Total Served: 51

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2008**             **Signature:**    *Joseph Speetjens*