UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                                    CHAPTER 7

B & W CORP                                   CASE NO. 04-42573

                    Debtor(s).                    HON. JOHN SQUIRES

## FINAL DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $40,726.55 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $9,875.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $289,396.74 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$339,998.29** |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $40,726.55 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $35,000.00 | $35,000.00 |
| | Brenda Porter Helms, Trustee Trustee Expenses | $147.05 | $147.05 |
| | Alan D. Lasko & Associates, P.C. Accountant for Trustee Fees | $1,454.40 | $1,454.40 |
| | Alan D. Lasko & Associates, P.C. Accountant for Trustee Fees | $1,165.50 | $1,165.50 |
| | Alan D. Lasko & Associates, P.C. Accountant for Trustee Fees | $2,802.00 | $2,802.00 |
| | Alan D. Lasko & Associates, P.C. Accountant for Trustee Expenses | $19.20 | $19.20 |
| | Alan D. Lasko & Associates, P.C. Accountant for Trustee Expenses | $23.45 | $23.45 |
| | Alan D. Lasko & Associates, P.C. Accountant for Trustee Expenses | $114.95 | $114.95 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $4,925 | $ 9,875.00 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 19A | Ronald Wood Jr., Wages-507 | $4,950.00 | $4,950.00 |
| | Net for claim 19A | | $4,950.00 |
| | Charles Young, Wages-507 | $4,925.00 | $4,925.00 |
| | Net for claim | | $4,925.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4,925 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims Excluding fines and penalties | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 3,942,048.42 | 7.34 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 13 | All Work Inc. General Unsecured 726 | $32,026.00 | $2,351.12 |
| 9 | Central States Southeast & Southwest Benefit Plans General Unsecured 726 | $825,000.00 | $60,565.55 |
| 12 | Africk Chez General Unsecured 726 | $4,130.00 | $303.19 |
| 11 | Cincinnati Inc General Unsecured 726 | $290.00 | $21.29 |
| 5 | Dec Tool Corp General Unsecured 726 | $1,000.00 | $73.41 |
| 3 | Russell Gertsch. General Unsecured 726 | $8,933.23 | $655.81 |
| 17 | Harry F. Shea & Co General Unsecured 726 | $10,585.00 | $777.07 |
| 7 | Eckhart Kolak General Unsecured 726 | $71,451.17 | $5,245.43 |
| 6 | George Maniscalco, General Unsecured 726 | $33,960.59 | $2,493.14 |
| 4 | Mcsteel Inc. General Unsecured 726 | $15,122.67 | $1,110.20 |

| | | | |
|---|---|---|---|
| 14 | Praxair Distributing<br>General Unsecured 726 | $187.93 | $13.80 |
| 15 | Praxair Distributing Inc.<br>General Unsecured 726 | $1,140.00 | $83.69 |
| 16 | Praxair Distributing Inc.<br>General Unsecured 726 | $38.91 | $2.86* |
| 1 | Seyfarth Shaw LLP<br>General Unsecured 726 | $33,552.92 | $2,463.21 |
| 8 | The Royal Group<br>General Unsecured 726 | $4,630.00 | $339.90 |
| 19 | Ronald Wood Jr.,<br>General Unsecured 726 | $321,859.00 | $23,628.56 |
| 26 | Ronald Wood Sr.,<br>General Unsecured 726 | $2,578,141.00 | $189,268.51 |

* Total of all Praxair claims exceeds $5.00 and could have been filed as one claim so check will be issued directly to Praxair on this claim and not to Clerk of the Court

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) Late unsecured claims | $ 83,513.11 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 30 | James Karagianis,<br>Tardy General Unsecured 726 | $9,021.71 | $0.00 |
| 31 | VW Credit Inc.<br>Tardy General Unsecured 726 | $7,011.85 | $0.00 |
| | Charles Young,<br>Tardy General Unsecured 726 | $67,479.55 | $0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/ Penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 2 | Eckhart Kolak, LLC, 55 W. Monroe St. #1926, Chicago IL 60603 | $71,451.17 | Withdrawn |
| Secured | 29 | Gertrude Wood and G.L. Wood Trust c/o David Shannon, 111 W. Washington St. #1900, Chicago IL 60602 | $277,000.00 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: ___9/12/08_____     _/s/ Brenda Porter Helms
                                    Trustee