# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| B & W CORP | § | Case No. 04-42573 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control *in this case* have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 30,690.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 965,183.35 | Claims Discharged Without Payment: 7,219,830.50 |
| Total Expenses of Administration: 157,108.95 | |

3) Total gross receipts of $ 1,122,292.30 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 1,122,292.30 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 681,182.34 | $ 407,061.90 | $ 407,061.90 | $ 407,061.90 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 157,108.95 | 157,108.95 | 157,108.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 71,302.88 | 9,875.00 | 14,800.00 | 9,875.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 6,827,737.15 | 4,025,561.53 | 4,025,561.53 | 548,246.45 |
| **TOTAL DISBURSEMENTS** | **$ 7,580,222.37** | **$ 4,599,607.38** | **$ 4,604,532.38** | **$ 1,122,292.30** |

4) This case was originally filed under chapter 7 on 11/16/2004 . The case was pending for 62 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/30/2009          By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 1,100,000.00 |
| CHECKING ACCOUNT | 1129-000 | 2,300.63 |
| 2004 INSURANCE REFUND | 1129-000 | 3,582.00 |
| Lease of parking lot to Amglo Kemlite Labs | 1221-000 | 750.00 |
| Lease of parking lot to Amglo Kemlite Labs | 1222-000 | 3,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 12,659.67 |
| TOTAL GROSS RECEIPTS | | $1,122,292.30 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Charterd Bank 1199 East Higgins Road Schaumburg, IL 60713 | | 246,795.74 | NA | NA | 0.00 |
| Audi Financial Services PO Box 0549 Carol Stream IL 60132-0549 | | 21,754.17 | NA | NA | 0.00 |
| DuPage County Collector 421 Northt County Farm Road Wheaton, IL 60189-0787 | | 5,079.64 | NA | NA | 0.00 |
| DuPage County Collector 421 Northt County Farm Road Wheaton, IL 60189-0787 | | 2,864.16 | NA | NA | 0.00 |
| G.L. Wood Trust c/o Gertrude Wood 1001 Arbor Lake Drive Naples FL 34110-7078 | | 364,530.60 | NA | NA | 0.00 |
| World Omni Financial Corp PO Box 70832 Charlotte, NC 28272-0832 | | 17,008.62 | NA | NA | 0.00 |
| WILBURN L. WOOD TRUST | 4110-000 | NA | 285,716.50 | 285,716.50 | 285,716.50 |
| DUPAGE COUNTY COLLECTOR | 4120-000 | 23,149.41 | 121,345.40 | 121,345.40 | 121,345.40 |
| TOTAL SECURED CLAIMS | | $ 681,182.34 | $ 407,061.90 | $ 407,061.90 | $ 407,061.90 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | 2100-000 | NA | 35,000.00 | 35,000.00 | 35,000.00 |
| HELMS, BRENDA PORTER | 2200-000 | NA | 147.05 | 147.05 | 147.05 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 2.82 | 2.82 | 2.82 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 378.53 | 378.53 | 378.53 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 357.27 | 357.27 | 357.27 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 265.93 | 265.93 | 265.93 |
| CHICAGO TITLE INSURANCE | 2500-000 | NA | 50.00 | 50.00 | 50.00 |
| CHICAGO TITLE INSURANCE | 2500-000 | NA | 398.00 | 398.00 | 398.00 |
| CHICAGO TITLE INSURANCE | 2500-000 | NA | 125.00 | 125.00 | 125.00 |
| CHICAGO TITLE INSURANCE CO | 2500-000 | NA | 1,455.00 | 1,455.00 | 1,455.00 |
| CHICAGO TITLE INSURANCE CO | 2500-000 | NA | 1,650.00 | 1,650.00 | 1,650.00 |
| FEDERAL EXPRESS | 2500-000 | NA | 30.00 | 30.00 | 30.00 |
| GREMLY & BEIDERMAN | 2500-000 | NA | 3,300.00 | 3,300.00 | 3,300.00 |
| LASALLE BANK | 2500-000 | NA | 375.00 | 375.00 | 375.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RECORDER OF DEEDS | 2500-000 | NA | 54.00 | 54.00 | 54.00 |
| VILLAGE OF BENSENVILLE | 2500-000 | NA | 2,851.97 | 2,851.97 | 2,851.97 |
| LASALLE BANK | 2990-000 | NA | 290.00 | 290.00 | 290.00 |
| SPRINGER BROWN COVEY GAERTNER & DAV | 3210-000 | NA | 26,402.00 | 26,402.00 | 26,402.00 |
| SPRINGER BROWN COVEY GAERTNER & DAV | 3220-000 | NA | 116.70 | 116.70 | 116.70 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | NA | 1,454.40 | 1,454.40 | 1,454.40 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | NA | 1,165.50 | 1,165.50 | 1,165.50 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | NA | 2,802.00 | 2,802.00 | 2,802.00 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | NA | 7,977.20 | 7,977.20 | 7,977.20 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | NA | 5,137.49 | 5,137.49 | 5,137.49 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | NA | 29.84 | 29.84 | 29.84 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | NA | 135.65 | 135.65 | 135.65 |

UST Form 101-7-TDR (9/1/2009) (Page: 6)

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | NA | 157.60 | 157.60 | 157.60 |
| ELLIS, CB RICHARD | 3510-000 | NA | 65,000.00 | 65,000.00 | 65,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 157,108.95 | $ 157,108.95 | $ 157,108.95 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| George J. Maniscalco PO Box 1685 Barrington, IL 60011-1685 | | 4,650.00 | NA | NA | 0.00 |
| WOOD JR., RONALD | 5300-000 | NA | 4,950.00 | 4,950.00 | 4,950.00 |
| YOUNG, CHARLES | 5300-000 | 66,652.88 | 4,925.00 | 4,925.00 | 0.00 |
| YOUNG, CHARLES | 5800-000 | NA | 0.00 | 4,925.00 | 4,925.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | $ 71,302.88 | $ 9,875.00 | $ 14,800.00 | $ 9,875.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| America Coats 3429 North Runge STreet Franklin Park, IL 60131 | | 2,625.70 | NA | NA | 0.00 |
| Ameripay 1331 Greenleaf Avenue Elk Grove Village, IL 60007 | | 233.63 | NA | NA | 0.00 |
| Atlas Lift Truck 5050 North River Road Schiller Park, IL 60176 | | 1,780.00 | NA | NA | 0.00 |
| Clean Harbors PO Box 859048 Braintree, MA 02185-9048 | | 1,760.20 | NA | NA | 0.00 |
| Hinckley Spring Water PO Box 1888 Bedford, IL 60499-1888 | | 747.59 | NA | NA | 0.00 |
| IBM Global 3031 Rock Point Drive West Tampa FL 33607 | | 159.00 | NA | NA | 0.00 |
| Illiniois Rack Equipment 480 Scotland Road Suite A Lakemoor, IL 60050-8672 | | 700.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lavelle Industries, Inc. 665 McHenry Street Burlington, WI 53105 | | 349.71 | NA | NA | 0.00 |
| MPower Communications PO Box 80767 Los Angeles, CA 90060-0767 | | 264.57 | NA | NA | 0.00 |
| Ronald L. Wood Jr. 4962 Essington Court Barrington, IL 60010 | | 938,750.26 | NA | NA | 0.00 |
| Ronald L. Wood Sr. 125 Knockberry Lane Inverness, IL 60067 | | 2,759,239.29 | NA | NA | 0.00 |
| Ryder Truck Rental PO Box 96726 Chicago, IL 60693 | | 729.17 | NA | NA | 0.00 |
| Sterling Commerce PO Box 73199 Chicago, IL 60673 | | 150.00 | NA | NA | 0.00 |
| Victor Enevelope Co 301 Arthur Court Bensenville, IL 60106 | | 911.71 | NA | NA | 0.00 |
| X Net Information Systems 3080 Ogden Avenue Suite 303 Lisle IL 60532 | | 154.00 | NA | NA | 0.00 |
| ALL WORK INC. | 7100-000 | 32,026.00 | 32,026.00 | 32,026.00 | 2,351.12 |
| CENTRAL STATES SOUTHEAST & SOUTHWES | 7100-000 | 233.63 | 825,000.00 | 825,000.00 | 319,415.26 |
| CHEZ, AFRICK | 7100-000 | 2,255.00 | 4,130.00 | 4,130.00 | 303.19 |

UST Form 101-7-TDR (9/1/2009) (Page: 9)

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CINCINNATI INC | 7100-000 | 290.00 | 290.00 | 290.00 | 21.29 |
| DEC TOOL CORP | 7100-000 | 1,000.00 | 1,000.00 | 1,000.00 | 73.41 |
| GERTSCH, RUSSELL | 7100-000 | 8,615.72 | 8,933.23 | 8,933.23 | 655.81 |
| HARRY F. SHEA & CO | 7100-000 | 16,450.00 | 10,585.00 | 10,585.00 | 777.07 |
| KOLAK, ECKHART | 7100-000 | 71,451.17 | 71,451.17 | 71,451.17 | 5,245.43 |
| MANISCALCO, GEORGE | 7100-000 | 29,310.59 | 33,960.59 | 33,960.59 | 2,493.14 |
| MCSTEEL INC. | 7100-000 | 15,122.67 | 15,122.67 | 15,122.67 | 1,110.20 |
| PRAXAIR DISTRIBUTING | 7100-000 | 0.00 | 187.93 | 187.93 | 13.80 |
| PRAXAIR DISTRIBUTING INC. | 7100-000 | 1,750.00 | 1,140.00 | 1,140.00 | 83.69 |
| PRAXAIR DISTRIBUTING INC. | 7100-000 | 130.80 | 38.91 | 38.91 | 2.86 |
| SEYFARTH SHAW LLP | 7100-000 | NA | 33,552.92 | 33,552.92 | 2,463.21 |
| THE ROYAL GROUP | 7100-000 | 4,630.00 | 4,630.00 | 4,630.00 | 339.90 |
| WOOD JR., RONALD | 7100-000 | 105,652.86 | 321,859.00 | 321,859.00 | 23,628.56 |
| WOOD SR., RONALD | 7100-000 | 2,759,239.29 | 2,578,141.00 | 2,578,141.00 | 189,268.51 |
| KARAGIANIS, JAMES | 7200-000 | 9,021.71 | 9,021.71 | 9,021.71 | 0.00 |
| VW CREDIT INC. | 7200-000 | NA | 7,011.85 | 7,011.85 | 0.00 |
| YOUNG, CHARLES | 7200-000 | 62,002.88 | 67,479.55 | 67,479.55 | 0.00 |

UST Form 101-7-TDR (9/1/2009) (Page: 10)

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | $ 6,827,737.15 | $ 4,025,561.53 | $ 4,025,561.53 | $ 548,246.45 |